| | |
|---|---|
| **ROANNE L. MANN** | **DATE:** October 24, 2022 |
| **UNITED STATES MAGISTRATE JUDGE** | **START:** 10:00 a.m. |
| | **END:** 11:15 a.m. |

**DOCKET NO:** 18-cv-6977 (DG)

**CASE** Grayson v. Equifax Credit Information Services et al.

- ☐ INITIAL CONFERENCE
- X DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/*CHEEKS* HEARING
- ☐ FINAL/PRETRIAL CONFERENCE
- X TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

**PLAINTIFF**

| | ATTORNEY |
|---|---|
| Dr. Michael C. Grayson, *pro se* | |

**DEFENDANTS**

| | ATTORNEY |
|---|---|
| | Eric Barton |
| | |

- ☐ **FACT DISCOVERY TO BE COMPLETED BY** _____
- ☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
- ☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
- ☐ **PL. TO SERVE DEF. BY:** _____   **DEF. TO SERVE PL. BY:** _____

**RULINGS:   PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephone conference regarding [114] plaintiff's motion to compel. Plaintiff's motion is granted in part and denied in part to the extent set forth below. By October 25, 2022, defendant must reproduce to plaintiff his entire electronic file and defendant's supplemental document production. Defendant's objections to plaintiff's requests for admission are sustained. Although defendant should have identified responsive documents more specifically in its interrogatory responses, plaintiff has agreed to serve reformulated (i.e., narrow and limited in number) interrogatories later today. By October 31, 2022, defendant must advise the Court and plaintiff as to defendant's position regarding providing responses to the reformulated interrogatories or addressing them via a 30(b)(6) deposition. In the event of an objection from defendant, the Court will determine whether and to what extent to require responses to plaintiff's belatedly served reformulated requests.